# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−30214−hcm

Chapter No.: 13

Judge: H. Christopher Mott

IN RE: **Fay Genice Parm** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Mott, through Cisco WebEx Meetings application

on   **12/15/21  at  01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 41 Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Chase A Berger for Creditor Carvana, LLC) Hearing Scheduled For 12/15/2021 at 01:30 PM at us−courts.webex.com/meet/Mott, through the Cisco WebEx Meetings application. Parties may also attend the hearing by phone at 650−479−3207 with access code 160 357 6609#. Any exhibits to be considered by the Court should be mailed (2 copies) 5 days prior to the hearing to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated:  10/29/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−HCM] [NtchrgBKhcmap]