IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| Fay Genice Parm | * | |
| | * | |
| Debtor(s) | * | BANKRUPTCY # 21-30214 |

<u>DEBTOR'S RESPONSE TO MOTION<br>FOR RELIEF FROM STAY FILED BY CARVANA, LLC</u>

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now, Fay Genice Parm, Debtor herein, by and through her attorneys, Edgar J. Borrego/Miguel A. Flores, and respectfully filed her Response to the Motion for Relief from Stay, filed herein by, Carvana, LLC, and would show the Court as follows:

I.

Debtor(s) admit with the provisions in Movant's paragraph 1.

II.

Debtor(s) admit with the provisions in Movant's paragraph 2.

III.

Debtor(s) admit with the provisions in Movant's paragraph 3.

IV.

Debtor(s) admit with the provisions in Movant's paragraph 4.

V.

Debtor(s) admit with the provisions in Movant's paragraph 5.

VI.

Unable to admit or deny the provisions in Movant's paragraph 6 at this time. We will provide additional information, as it becomes available.

VII.

Unable to admit or deny the provisions in Movant's paragraph 7 at this time. We will provide additional information, as it becomes available.

VIII.

Debtor(s) deny the provisions in Movant's paragraph 8 to terminate the automatic stay on the 2019 Jeep Grand Cherokee, VIN#1C4RJEAGXKC776523.

IX.

Debtor(s) deny the provisions in Movant's paragraph 9 to terminate the automatic stay.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that on a hearing of these matters, that the Court deny the Motion for Relief from Stay, in its entirety.

DATED this the 6th day of November, 2021.

Respectfully submitted,

TANZY & BORREGO LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, Texas 79903-3712
(915) 566-4300 Telephone
(915) 566-1122 Facsimile
efile@tanzyborrego.com

By: /s/ Miguel Flores
    EDGAR J. BORREGO SBN#00787107
    MIGUEL FLORES SBN#24036574

CERTIFICATE OF SERVICE

    I hereby certify that I have served upon the following parties via electronic means as listed on the cout's ECF noticing system or by regular first class mail a true and correct copy of the foregoing instrument to Mr. Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino Dr., El Paso, TX 79936, to the Debtor, Mrs. Fay Genice Parm, 509 Gentry Way, El Paso, TX 79928, and to Chase Berger, Esq, Attorney(s) for, Carvana, LLC, 9720 Coit Rd, Ste. 220-228, Plano, TX 75025.

    DATED this the 8th day of November, 2021.

    Respectfully submitted,

/s/ Miguel Flores
Edgar J. Borrego/Miguel A. Flores
Tanzy & Borrego Law Offices, P.L.L.C.

TB#40492/LR