Hearing held on 12/22/21.



The relief described hereinbelow is SO ORDERED.

Signed December 22, 2021.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| IN RE: § | CASE NO.: 21-30214-hcm |
| §  | |
| **Fay Genice Parm,** § | CHAPTER 13 |
| §  | |
| DEBTOR, § | |
| §  | |
| **Carvana, LLC, its successors and assigns,** § | |
| §  | |
| MOVANT, § | |
| §  | |
| **Fay Genice Parm, and** § | |
| **Stuart C. Cox, Trustee,** § | |
| §  | |
| RESPONDENTS. § | |

### ORDER LIFTING STAY AS TO DEBTOR AND CO-DEBTOR

On this day came on or before the Court the Motion of Carvana, LLC, Movant, for Relief from the Automatic Stay. The Court is advised that after proper notice and timely service of the Motion, no response has been filed and the Motion should be granted. Therefore, it is

ORDERED that the stay of 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

**2019 JEEP GRAND CHEROKEE bearing the VIN: 1C4RJEAGXKC776523 ("Vehicle").**

It is further

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and Carvana, LLC may immediately enforce and implement this Order Lifting Stay.

###End of Order###

APPROVED AS TO FORM AND SUBSTANCE
GHIDOTTI BERGER
/s/ Chase Berger
Chase Berger, Esq.
State Bar No.: 24115617
9720 Coit Road Suite 220-228
Plano, Texas 75025
Ph: (305) 501-2808
Fax: (954) 780-5578
bknotifications@ghidottiberger.com
**COUNSEL FOR MOVANT**